E-FILED
Thursday, 14 September, 2017  08:40:06 AM
Clerk, U.S. District Court, ILCD

PArker                              )

N                                   )      17-CV-1357

Ill. River C.C.                     )

OPerations Dept. etal               )

FILED
SEP 13 REC'D
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## Motion to proceed in forma pauperis

I am unable to pre pay the fees in this case and ask to be allowed to file as a poor person.

Here is a 6 month trustfund ledger.


Respectfully Requested this 8th day of September 2017

Christopher LPArker
S07242
PoBox999
Canton IL 61520

IDOC INMATE MAIL

neopost
US POSTAGE
USA
$00.00

ZIP 61520
041L11240050
Barn Swallow
FIRST CLASS MAIL

Christopher L Parker, S07242
BOX 999
Canton IL 61520

Clerk of court
211 19th st
Rock Island IC
61201

RECEIVED

SEP 13 REC'D

U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

Legal mail



IDOC INMATE MAIL
neopost
09/11/2017
US POSTAGE
ZIP 615
041L1124
$00.1

6120186028 C027